# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| | § | CASE NUMBER 6:18-CR-50-JRG-KNM |
| v. | § § § § | |
| LISA MICHELE POWERS (1) | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND FINDING DEFENDANT GUILTY PURSUANT TO RULE 11 (c)(1)(C)

On this day, the Court considered the Findings of Fact and Recommendation of United States Magistrate Judge K. Nicole Mitchell regarding Defendant's plea of guilty under the provisions of Rule 11(c)(1)(C) to Count 1 of the Indictment charging Defendant with a violation of 21 U.S.C. § 846, Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine. Having conducted a proceeding in the form and manner prescribed by FED. R. CRIM P. 11, the Magistrate Judge recommends that the Court accept the defendant's guilty plea, reserving to the District Judge the option of rejecting the Plea Agreement if, after review of the presentence report, the agreed sentence is determined not to be the appropriate disposition of the case. The parties waived their right to file objections to the Findings of Fact and Recommendation. The Court is of the opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly **ORDERED** that the Findings of Fact and Recommendation of the United States Magistrate Judge, filed on November 19, 2018 are hereby **ADOPTED**.

It is further **ORDERED** that, pursuant to Defendant's plea agreement, the Court finds Lisa Michele Powers **GUILTY** of Count 1 of the Indictment in the above-numbered cause, reserving to the District

1

Judge the option of rejecting the Plea Agreement if, after review of the presentence report, the agreed sentence is determined not to be the appropriate disposition of the case.

**So ORDERED and SIGNED this 20th day of November, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE